Cjf8.24.20
CDA/JTW
USAO#2020R00201

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| v. | * | **CRIMINAL NO.** JKB-20-0269 |
| | * | |
| **JEROLD GILLIAM,** | * | (Conspiracy to Distribute and |
| **AKEEM ROSS,** | * | Possess with Intent to Distribute |
| **CHARLES BOND,** | * | Controlled Substances, 21 U.S.C. |
| **TREVOR CONNORS,** | * | § 846; Possession with Intent to |
| **GILBERT CONWAY,** | * | Distribute a Controlled Dangerous |
| **JAMES MEEKINS,** | * | Substance, 21 U.S.C. § 841(a); |
| **ISAIAH TIMMS,** | * | Possession of a Firearm in by a |
| **MARQUESE WARD,** | * | Prohibited Person, 18 U.S.C. |
| and | * | § 922(g); Possession of a Firearm in |
| **WELTON WHITTINGTON, JR.,** | * | Furtherance of a Drug Trafficking |
| | * | Offense, 18 U.S.C. § 924(c); Aiding |
| Defendants. | * | and Abetting, 18 U.S.C. § 2; and |
| | * | Forfeiture, 18 U.S.C. § 924(d), 21 |
| | * | U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| | * | |
| | * | **UNDER SEAL** |
| | * | |

\*\*\*\*\*\*

## INDICTMENT

## COUNT ONE
## Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

From a date unknown to the Grand Jury but as late as August 2019 and continuing until

the date of Indictment, in the District of Maryland, the defendants,

> **JEROLD GILLIAM,**
> **AKEEM ROSS,**
> **CHARLES BOND,**
> **TREVOR CONNORS,**
> **GILBERT CONWAY,**

**JAMES MEEKINS,**
**MARQUESE WARD,**
**ISAIAH TIMMS,**
**and**
**WELTON WHITTINGTON, JR.,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the

Grand Jury to distribute and possess with the intent to distribute 400 grams or more of a mixture

or substance containing fentanyl, a Schedule II controlled substance, and a quantity of a mixture

or substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 846; 21 U.S.C. § 841(b)(1(A)(iii); 21 U.S.C. § 841(b)(1(A)(vi); 21 U.S.C. § 841(b)(1)(C)

## COUNT TWO
## Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about September 4, 2019, in the District of Maryland, the defendant,

### AKEEM ROSS,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

## COUNT THREE
## Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about September 10, 2019, in the District of Maryland, the defendant,

### AKEEM ROSS,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

4

### COUNT FOUR
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about September 24, 2019, in the District of Maryland, the defendant,

### CHARLES BOND,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

## COUNT FIVE
## Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about September 30, 2019, in the District of Maryland, the defendant,

## JAMES MEEKINS,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or

substance containing cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

## COUNT SIX
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about October 30, 2019, in the District of Maryland, the defendant,

### AKEEM ROSS,

did knowingly and intentionally possess with intent to distribute 40 or more grams of a mixture or

substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

7

## COUNT SEVEN
## Possession of a Firearm by a Prohibited Person

The Grand Jury for the District of Maryland charges:

On or about October 30, 2019, in the District of Maryland, the defendant,

### MARQUESE WARD,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a S&W 9mm pistol bearing serial number FYN6406, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT EIGHT
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about November 21, 2019, in the District of Maryland, the defendants,

**AKEEM ROSS**
**and**
**TREVOR CONNORS,**

did knowingly and intentionally possess with intent to distribute 40 or more grams of a mixture or

substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(B)(vi)

9

## COUNT NINE
## Possession of a Firearm by a Prohibited Person

The Grand Jury for the District of Maryland charges:

On or about November 21, 2019, in the District of Maryland, the defendants,

## AKEEM ROSS
## and
## TREVOR CONNORS,

knowing they had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, to wit: a Springfield XD-40 .40 caliber pistol

bearing serial number XD556290, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

10

## COUNT TEN
### Possession of a firearm during and in relation to a drug trafficking offense

The Grand Jury for the District of Maryland charges:

On or about November 21, 2019, in the District of Maryland, the defendants,

### AKEEM ROSS
### and
### TREVOR CONNORS,

did knowingly possess a firearm, that is, a Springfield XD-40 .40 caliber pistol bearing serial

number XD556290, in furtherance of a drug trafficking crime for which he may be prosecuted in

a court of the United States, that is, possession with the intent to distribute controlled substances,

as charged in Count Nine of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

11

## COUNT ELEVEN
### Possession of a Firearm by a Prohibited Person

The Grand Jury for the District of Maryland charges:

On or about November 21, 2019, in the District of Maryland, the defendant,

### AKEEM ROSS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, to wit: a Taurus PT111 G2 9mm pistol bearing

serial number TJP24808, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWELVE
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about November 21, 2019, in the District of Maryland, the defendant,

### JEROLD GILLIAM,

did knowingly and intentionally possess with intent to a quantity of a mixture or substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

13

## **FORFEITURE**

The Grand Jury for the District of Maryland further charges that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendants' convictions.

### **Narcotics Forfeiture**

2.      Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in the Narcotics Counts (Counts One, Two, Three, Four, Five, Six, Eight, and Twelve) in the Indictment, the defendants convicted of such offenses, shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offenses.

### **Firearms Forfeiture**

3.      Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense(s) alleged in the Firearms Counts (Counts Seven, Nine, Ten, and Eleven) of this Indictment, the defendants convicted of such offenses shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms involved in those offense(s).

4.      The property to be forfeited includes, but is not limited to, the following:

   a. a Springfield XD-40 .40 caliber pistol bearing serial number XD556290;

   b. a S&W 9mm pistol bearing serial number FYN6406; and

14

c.   a Taurus PT111 G2 9mm pistol bearing serial number TJP24808.

21 U.S.C. § 853
21 U.S.C. § 846
21 U.S.C. § 841(a)
18 U.S.C. § 2461
18 U.S.C. § 922(g)
18 U.S.C. § 924(c)
18 U.S.C. § 924(d)

*Robert K. Hur/cda*

Robert K. Hur
United States Attorney

A TRUE BILL:

Foreperson

8/25/2020

Date

15