UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
Chief Judge

MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE

February 2, 2022

COUNSEL OF RECORD

RE: *United States of America v. Jerold Gilliam, et al.*
Criminal No. JKB-20-0269

Dear Counsel:

This matter is set in for a motions hearing on February 14, 2022. In anticipation of that event, the Court directed Government counsel to meet and confer with defense counsel and then file a status report explaining which motions were actually live and pending in light of certain guilty pleas and other developments. The Government filed their report yesterday (ECF No. 261).

The Court now finds that it is appropriate to convene a status conference to bring the pending motions into better focus. Accordingly, counsel for the Government and counsel for those defendants who have not entered into dispositions are required to participate in a telephone status conference on Thursday, February 3, at 4:30 p.m. The Government is directed to organize and initiate the telephone status conference. Counsel should be prepared to identify those motions, or portion thereof, that remain in controversy and that require resolution in order for this case to proceed to trial or otherwise come to a conclusion. Counsel shall be ready to advise as to the extent of live evidence that will be necessary during the motions hearing and shall be ready to project the likely length of the hearing.

Although informal, this letter constitutes an ORDER of the Court, and shall be docketed accordingly.

Very truly yours,

*/s/ James K. Bredar*

James K. Bredar
Chief Judge

JKB/vc